Bret T. Allred, Bar No 6-3835
Wilkerson & Bremer Law Group LLC
210 N Bent St.
Powell, WY 8243
(307)754-8215
bret@basinlaw.org

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2019 FEB 11  PM 4: 08

TIM J. ELLIS, CLERK

BY_____
DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
|    Blaine Richard Anderson ) | |
| ) | Case No.  18-20059 |
| ) | CHAPTER 11 |
|                   Debtor. ) | |

### CREDITOR ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.'S SUGGESTION THAT DISMISSAL OF THIS CASE IS NOT IN THE BEST INTERESET OF UNSECURED CREDITORS OF THE DEBTOR

TO the Honorable United States Bankruptcy Judge:

Comes now Rocky Mountain Recovery Systems Inc., an $18,908.23 claiming unsecured creditor of the debtor, by counsel, Bret T. Allred of counsel with Wilkerson & Bremer Law Group and advises that comparing the now pending Chapter 11 Plan and the request for dismissal in this case by Farm Credit Services of America, the undersigned does not believe that dismissal of the case would be in the best interest of the unsecured creditors with claims against the debtor.

WHEREFORE the undersigned would request consideration of the unsecured creditors' position in the court's discretionary choice between dismissal of the case and the implementation of the pending chapter 11 plan.

Done this 7th day of February, 2019.

Page - 1 -

Respectfully submitted,

/s/ Bret T. Allred
Of Counsel for Wilkerson and Bremer Law Group

Electronic copies to:

Assistant US Trustee
Danial Morse

Ken McCartney
Debtor's Counsel

Tim Woznick
Counsel to Farm Credit Services